## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| TELEPLUS CONSULTING, INC., | Civil 08-2989 (JRT/AJB) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| JOSEPH SAMPLEY AND SUSAN SAMPLY, *d/b/a JLS Consulting* | |
| Defendants. | |

Christopher Sandberg and David Zoll**, LOCKRIDGE, GRINDAL, NAUEN, PLLP,** 100 Washington Avenue South, Suite 2200, Minneapolis, MN 55401**,** for plaintiff.

Eric Rucker, **BRIGGS & MORGAN, PA**, 80 South Eighth Street, Suite 2200, Minneapolis, MN 55402**,** for defendants.

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated October 29, 2008, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that: the defendants' motion to dismiss for lack of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2) [Docket No. 13] is **GRANTED**.

Dated:  November 18, 2008
at Minneapolis, Minnesota               _____s/John R. Tunheim_____
                                        JOHN R. TUNHEIM
                                        United States District Judge